# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MATCO TOOLS CORPORATION,

    Petitioner,

    v.

EMANUEL AGUILERA, et al,

    Respondents.

Case No. 5:19-cv-00641-PAB

**PETITIONER MATCO TOOLS CORPORATION'S RESPONSE TO RESPONDENTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Petitioner Matco Tools Corp. ("Matco") hereby responds to the Notice of Supplemental Authority (Dkt. No. 20) filed by Respondents Emanuel Aguilera, Rocio Aguilera and Simon Goro ("Respondents").

Matco does not object to Respondents' request for leave to file a sur-reply addressing the impact of the Ninth Circuit's decision on Matco's Petition for Writ of Mandamus in *In re Matco Tools Corp.* (attached as Exhibit A to Respondents' Notice of Supplemental Authority), provided that Matco receives an opportunity to submit a response to Respondents' sur-reply. Matco therefore requests that if the Court is inclined to grant Respondents' request, that the Court, in its Order, set a briefing schedule and specify the page limits applicable to the Parties' respective submissions.

DATED: November 4, 2019

Respectfully submitted,

SEYFARTH SHAW LLP

By: s/ Eric M. Lloyd
    Christian J. Rowley (*Pro Hac Vice*)
    crowley@seyfarth.com
    Eric M. Lloyd (*Pro Hac Vice*)
    elloyd@seyfarth.com
    Daniel R. Birnbaum, OH Bar No. 89747
    dbirnbaum@seyfarth.com

Daniel R. Birnbaum, OH Bar No. 89747
dbirnbaum@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive - Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Christian J. Rowley, CA Bar No. 187293
CROWLEY@SEYFARTH.COM *(Pro Hac Vice)*
Eric M. Lloyd, CA Bar No. 254390
ELLOYD@SEYFARTH.COM *(Pro Hac Vice)*
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Attorneys for Petitioner
MATCO TOOLS CORPORATION